# EXHIBIT D



January 5, 2018                                               Via:    Email and Overnight Mail
                                                                      ali.nadeem@mezzimarketing.com

Mezzi Marketing, LLC
Attention: Ali Nadeem
14519 Cherry Lake Drive East
Jacksonville, Florida 32258

Re:   Notice of Telephone Consumer Protection Act ("TCPA") Complaint filed against Liberty
      Power Corp, LLC and Demand for Defense and Indemnification

Dear Mr. Nadeem:

William McDermet filed a civil action in the Essex County, Massachusetts, Superior Court for damages in excess of $95,000.00 against Liberty Power Corp, LLC ("Liberty Power") alleging violations of the TCPA. A copy of Mr. McDermet's Complaint is attached. Liberty Power was served with this Complaint on December 20, 2017 and must file an Answer by January 9, 2018. Our internal investigation, in conjunction with assistance and information provided by Mezzi Marketing, LLC ("MEZ") has revealed that MEZ was responsible for some, if not all, of the calls placed to, received by and complained of by Mr. McDermet.

In accordance with Section 5.01 of the Telesales Channel Agreement executed by Liberty Power and MEZ, effective May 5, 2016, Liberty Power is providing formal notice of Mr. McDermet's Complaint to MEZ and demands MEZ assume sole control of the defense of same. Further, pursuant to said Section 5.01, Liberty Power demands indemnification from MEZ for any and all costs it incurs in its defense of the McDermet Complaint. Should MEZ either decline to assume sole control of the defense of Liberty Power in the McDermet Complaint or not respond to this letter by noon of January 9, 2018, Liberty Power intends to remove said Complaint to Federal Court by the close of business on January 9, 2018. Additionally, in its Answer to the McDermet Complaint, Liberty Power may include a third-party complaint against MEZ.

If you have any questions, please call me at (954) 267-5422. Thank you.

Sincerely,

*[signature]*

Garson Knapp
Associate General Counsel

Enclosure(s):   As Stated

*Powerful Together*

2100 W. Cypress Creek Rd., Suite 130 ▪ Ft. Lauderdale, FL 33309 ▪ 1-866-POWER-99 (1-866-769-3799) ▪ www.libertypowercorp.com

Liberty Power is a registered trademark of Liberty Power Corp. LLC. Liberty Power Corp. – encompassing Liberty Power Holdings LLC, Liberty Power Maryland LLC, Liberty Power District of Columbia LLC, and LPT LLC dba LPT SP LLC – is certified and licensed by the Public Utilities/Service Commissions of: CA, CT, DC, DE, IL, ME, MD (IR793), MA (CS-057) MI, NJ (ESL-0001), NY, OH, PA, RI, TX (10118) and VA; and is licensed and certified by the Federal Energy Regulatory Commission.