# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**WILLIAM MCDERMET**

*Plaintiff*

v.

**LIBERTY POWER CORP., LLC**

*Defendant, Third−party plaintiff*

Civil Action No.:
1:18−CV−10043−ADB

v.

**MEZZI MARKETING, LLC**

*Third−party defendant*

## SUMMONS ON A THIRD−PARTY COMPLAINT

To: *(Third−party defendant's name and address)*

**Mezzi Marketing, LLC**
**c/o Its Agent, The Company Corporation**
**251 Little Falls Drive**
**Wilmington, DE 19808**

A lawsuit has been filed against defendant Liberty Power Corp., LLC, who as third − party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff William McDermet.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

**Craig R. Waksler (B.B.O. # 566087); Pamela C. Rutkowski (B.B.O. # 681618)**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
**Two International Place, 16th Floor**
**Boston, MA 02110-2602; Tel: (617) 342-6800**

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Mr. William McDermet,** *Pro Se*
**4 Second Street**
**Ipswich, MA 01938**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third−party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may − but are not required to − respond to it.

**ROBERT M. FARRELL**

*CLERK OF COURT*



**/s/ − Carolina DaSilva**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2018−02−15 11:33:30.0**, Clerk USDC DMA

Civil Action No.: **1:18−CV−10043−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Mezzi Marketing, LLC c/o Its Agent, The Company Corporation** was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____ _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **The Company Corporation**, who is designated by law to accept service of process on behalf of (name of organization) **Mezzi Marketing, LLC** on (date) **February 21, 2018**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

| | |
|---|---|
| **February 27, 2018** | **/s/ Pamela C. Rutkowski** |
| Date | *Server's Signature* |
| | **Attorney** |
| | *Printed name and title* |
| | **Eckert Seamans Cherin & Mellott, LLC** |
| | **Two Interantional Place, 16th Fl., Boston, MA 02110** |
| | *Server's Address* |

Additional information regarding attempted service, etc:

**The Company Corporation, agent for Mezzi Marketing, LLC, was served via certified mail pursuant to Fed. R. Civ. P. 4(h)(1)(A), Fed. R. Civ. P. (4)(e)(1), and Mass. R. Civ. P. 4(e)(3).  A copy of the certified mail receipt is attached hereto.**



USPS TRACKING #

9590 9402 2114 6132 9398 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

ECKERT SEAMANS CHERIN MELLOTT
TWO INTERNATIONAL PLACE, FLOOR 16
BOSTON, MA 02110

received 2/26/18

PCR 299981-12