UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MCDERMET,<br><br>      Plaintiff,<br>v.<br><br>LIBERTY POWER CORP., LLC,<br><br>      Defendant. | Case No. 1:18-cv-10043-ADB |
| LIBERTY POWER CORP., LLC,<br>as parent of Liberty Power Holdings, LLC,<br><br>      Defendant/Third-Party Plaintiff,<br>v.<br><br>MEZZI MARKETING, LLC,<br><br>      Third-Party Defendant. |  |

**DEFENDANT/THIRD-PARTY PLAINTIFF LIBERTY POWER CORP., LLC'S
REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST
THIRD-PARTY DEFENDANT MEZZI MARKETING, LLC**

Defendant/Third-Party Plaintiff Liberty Power Corp., LLC ("Liberty"), pursuant to Fed. R. Civ. P. 55(a), hereby requests the clerk enter default against Mezzi Marketing, LLC ("Mezzi") for Mezzi's failure to plead or otherwise defend in response to Liberty's Third-Party Complaint against Mezzi.  In further support, Liberty states as follows:

    1.    Liberty filed its Third-Party Complaint against Mezzi on February 13, 2018 [Dkt. 11].  As set forth therein, Liberty asserted claims for relief against Mezzi for indemnification (Count I) and contribution (Count II).

2. Mezzi was duly served with Liberty's Third-Party Complaint on February 21, 2018 by and through its registered agent. [Dkt. 13].

3. More than 21 days have elapsed since Mezzi was served with Liberty's Third-Party Complaint, and Mezzi has failed to answer or otherwise defend this action. See Docket.

4. Accordingly, pursuant to Fed. R. Civ. P. 55(a), "the clerk must enter the party's default."

Wherefore, Defendant/Third-Party Plaintiff Liberty Power Corp., LLC respectfully requests pursuant to Fed. R. Civ. P. 55(a) that the clerk enter default against Third-Party Defendant Mezzi Marketing, LLC.

> Respectfully submitted,
>
> **LIBERTY POWER CORP., LLC,**
>
> By its attorneys,
>
> /s/ Pamela C. Rutkowski
> Craig R. Waksler (B.B.O. # 566087)
> Pamela C. Rutkowski (B.B.O. # 681618)
> **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
> Two International Place, 16th Floor
> Boston, MA  02110-2602
> Telephone: 617.342.6800
> Facsimile: 617.342.6899
> cwaksler@eckertseamans.com
> prutkowski@eckertseamans.com

Dated:  May 4, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants, including specifically by first class U.S. mail, postage prepaid, to:

William McDermet, *pro se*
4 Second Street
Ipswich, MA 01938

Mezzi Marketing, LLC
c/o its Agent, The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808

Mezzi Marketing, LLC
680 Amboy Avenue
Woodbridge, NJ 07095

Date:   May 4, 2018

                                          /s/ Pamela C. Rutkowski
                                          Pamela C. Rutkowski