**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Liberty Power Corp., LLC

        Third Party Plaintiff

  V.

Mezzi Marketing, LLC

        Third Party Defendant

CIVIL ACTION

NO. 18-10043-ADB

**NOTICE OF DEFAULT**

Upon application of the Third Party Plaintiff, Liberty Power Corp., LLC for an order of Default for failure of the Third Party Defendant, Mezzi Marketing, LLC, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants has been defaulted this 7th day of May 2018.

        ROBERT M. FARRELL
        CLERK OF COURT

        By:  /s/ Christina McDonagh
              Deputy Clerk

Notice mailed to:
Mezzi Marketing, LLC
680 Amboy Ave
Woodbridge, NJ 07095