# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MCDERMET,<br><br>         Plaintiff,<br>v.<br><br>LIBERTY POWER CORP., LLC,<br><br>         Defendant.<br><br>LIBERTY POWER CORP., LLC,<br><br>         Third-Party Plaintiff,<br>v.<br><br>MEZZI MARKETING, LLC,<br><br>         Third-Party Defendant. | Case No. 1:18-cv-10043-ADB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William McDermet and Defendant Liberty Power Corp., LLC hereby stipulate and agree to **DISMISS** the action and all claims therein **WITH PREJUDICE** except as noted below, with the parties to bear their own costs and attorneys' fees incurred in connection with the claims.

Pursuant to Rule 41(a)(1)(A)(i) and Rule 41(c)(1) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Liberty Power Corp., LLC dismisses its Third-Party Claim against Third-Party Defendant Mezzi Marketing, LLC **WITHOUT PREJUDICE**, with the parties to bear their own costs and attorneys' fees incurred in connection with the claims.

Respectfully Submitted,

By: */s/ Jeffrey Brundage*
Charles A Zdebski (*pro hac vice*)
Jeffrey P. Brundage (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT LLC
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-659-6676
Fax: 202-659-6699
czdebski@eckertseamans.com
jbrundage@eckertseamans.com

Craig R. Waksler (B.B.O. # 566087)
ECKERT SEAMANS CHERIN & MELLOTT LLC
Two International Place, 16th Floor
Boston, MA 02110-2602
Telephone: 617-342-6800
Fax: 617-342-6899
cwasksler@eckertseamans.com
*Counsel for Defendant Liberty Power Corp., LLC*

By: */s/ William McDermet*
William McDermet, Esquire
4 Second Street
Ipswich, MA 01938
*Pro Se Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing **Stipulation of Dismissal** was served via first class mail, postage prepaid, March 12, 2019, on:

William McDermet, Esquire
4 Second Street
Ipswich, MA 01938
*Pro Se Plaintiff*

Mezzi Marketing, LLC
c/o Registered Agent
The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808
*Third-Party Defendant*

                                  */s/ Jeffrey Brundage*
                                    Jeffrey Brundage